# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TOM ROBINSON, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) 2:06-cv-00949-JEO |
| | ) |
| R. JAMES NICHOLSON, SECRETARY | ) |
| OF THE DEPARTMENT OF VETERANS | ) |
| AFFAIRS, | ) |
| | ) |
| **Defendant.** | ) |

## MEMORANDUM OPINION

On June 7, 2006, the magistrate judge assigned to this matter required Plaintiff to file a more definite statement in support of his claims. The court afforded him fifteen days to file the same. He was also informed that a failure to file a more definite statement would result in the dismissal of this matter.

Fifteen days have passed since the entry of the court's order. Plaintiff has not filed the requested pleading. Accordingly, this matter is due to be dismissed without prejudice. An appropriate order will be entered.

**DONE** and **ORDERED** this    30th    day of June, 2006.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE